THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAX, ROBERT A.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware corporation,<br><br>    Defendants. | Case No.: 2:23-cv-00560-RSM<br><br>STIPULATION AND ORDER RE: STAY OF LITIGATION |

## STIPULATION

Plaintiff Robert A. Sax and Defendant AT&T Mobility Services, LLC (collectively, "the Parties"), by and through counsel, do hereby stipulate and agree that this lawsuit should be stayed pending submission of this matter to arbitration, pursuant to an underlying agreement between the Parties related to Plaintiff's prior employment with Defendant. Subject to the Order of the Court, the Parties advise the Court as to the status of the arbitration and such other matters as may affect the stay of proceedings.

STIPULATED AND AGREED this 23ʳᴅ day of May, 2023.

STIPULATION AND ORDER RE: STAY OF LITIGATION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63857122\1

COZEN O'CONNOR

By: */s/ William H. Walsh*
William H. Walsh, WSBA No. 21911
999 Third Avenue, Suite 1900
Seattle, WA  98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail:wwalsh@cozen.com

Attorneys for Defendant AT&T Mobility Services, LLC

THE PAUL WOODS LAW FIRM, P.S.

*/s/ Paul S. Woods*
Paul S. Woods, WSBA No. 42976
506 Second Avenue, Suite 1400
Seattle, WA 98104
Telephone: (425) 773-8109
Fax: (425) 523-9166
Email: paul@paulwoodslawfirm.com

Attorney for Plaintiff Robert A. Sax

//
//
//
//
//
//
//
//
//

STIPULATION AND ORDER RE: STAY OF LITIGATION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63857122\1

<u>ORDER</u>

THE COURT, finding good cause to approve the above stipulation of the Parties, approves the same. According, this matter is stayed. The Parties shall advise the Court as to the status of proceedings or other such matters as may affect this stay as may be necessary.

DATED this 24th day of May, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

By:/s/ *William H. Walsh*
William H. Walsh, WSBA No. 21911

COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Telephone: 206.340.1000
Toll Free Phone: 800.423.1950
Facsimile: 206.621.8783
E-mail:wwalsh@cozen.com

Attorneys for Defendant AT&T Mobility Services, LLC

STIPULATION AND ORDER RE: STAY OF LITIGATION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63857122\1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Paul S. Woods
> THE PAUL WOODS LAW FIRM
> 506 Second Avenue, Suite 1400
> Seattle, WA 98104
>
> Email: paul@paulwoodslawfirm.com

DATED:       May 24, 2023.

> */s/ Erin Gilbert*
> Erin Gilbert, Legal Assistant

STIPULATION AND ORDER RE: STAY OF LITIGATION

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\63857122\1